**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDELENO SOLORIO, an Individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; TAKEDA PHARMACEUTICALS INTERNATIONAL, INC.; TAKEDA PHARMACEUTICAL COMPANY LIMITED; TAKEDA PHARMACEUTICALS, LLC; TAKEDA GLOBAL RESEARCH & DEVELOPMENT CENTER, INC; TAKEDA SAN DIEGO, INC.; and DOES 1 through 100, Inclusive,<br><br>  Defendants. | Case No. 2:12-cv-00002 VAP (OPx)<br><br>Assigned to Hon. Virginia A. Phillips<br><br>**ORDER TO REMAND** |

**[PROPOSED] ORDER TO REMAND**

Upon consideration of the parties' stipulation, it is hereby ordered that this action is **REMANDED** to the Superior Court of California, County of Los Angeles. Each party shall bear their own costs and attorneys' fees incurred in connection with the removal of this action and other proceedings in this Court.

**IT IS SO ORDERED.**

Dated: February _9_, 2012

By: *Virginia A. Phillips*
The Honorable Virginia A. Phillips
United States District Judge
Central District of California

2
**[PROPOSED] ORDER TO REMAND**